ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
Assistant United States Attorney

    450 Golden Gate Ave.
    San Francisco, California 94102
    Telephone: (415) 436-6401
    FAX: (510) 436-7234
    Aseem.Padukone@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-cr-00578-WHO |
| Plaintiff, | DETENTION ORDER |
| v. | |
| JOEL ARTEAGA-VELASQUEZ, | |
| Defendant. | |

On February 27, 2020, Defendant Joel Arteaga-Velasquez was sentenced to time served and three years' supervised release for committing one Class C felony – distribution of heroin, in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(C).

On March 26, 2020, U.S. Probation filed a Form 12 petition charging the defendant with violating the terms of his Supervised Release. *See* Dkt. No. 20. The Form 12 charges the defendant with failing to report to the nearest probation office within 72 hours of release from imprisonment. The defendant had been a fugitive since the filing of the Form 12 until his arrest in 2023.

On August 2, 2023, the defendant appeared before the Magistrate Judge for an arraignment on the Form 12 petition. The Government moved for detention.

1 | The defendant bears the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to the community if released pending his revocation hearing. *United States v. Loya,* 25 F.3d 1529, 1531 (9th Cir. 1994). Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant has not met his burden given the nature of the alleged supervised release charges.

Accordingly, the Court orders the defendant detained pending the resolution of the Form 12 petition.

Pursuant to 18 U.S.C. § 3143, IT IS ORDERED THAT:

1. The defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

This Order is without prejudice to reconsideration at a later date if circumstances change.

IT IS SO ORDERED.

DATED: August 4, 2023

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge